Mark A. Nickel (SBN: 14082)
Tyler J. Moss (SBN: 15685)
**GORDON REES SCULLY MANSUKHANI, LLP**
460 W. 50 N., Suite 500
Salt Lake City, UT 84101
Telephone: (801) 204-9990
Facsimile: (385) 282-7590
mnickel@grsm.com
tmoss@grsm.com

*Attorneys for Defendants Greenfield Environmental Trust Group, Inc., and Greenfield Environmental Multistate Trust LLC, in its capacity as Trustee of the Multistate Environmental Response Trust*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| MARC WEINREICH, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CYNTHIA BROOKS, an individual, GREENFIELD ENVIRONMENTAL TRUST GROUP, INC., a Massachusetts corporation; GREENFIELD ENVIRONMENTAL MULTISTATE TRUST LLC, a Delaware limited liability company, in its capacity as Trustee of the MULTISTATE ENVIRONMENTAL RESPONSE TRUST, a New York trust,<br><br>　　　　　　　Defendants. | **STIPULATION RE: DEFENDANTS' DEADLINE TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Case No. 2:19-cv-00953 PMW<br><br>Judge Paul M. Warner |

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 6(b) and DUCiv 83-6, and for good cause, the parties hereby stipulate that the Defendants have until February 3, 2020 to file an answer or otherwise respond to the Complaint. A proposed and an agreed upon Order granting the parties' stipulation, as stated herein, is attached hereto as Exhibit A.

DATED this 5th day of December, 2019.

        Respectfully prepared and submitted by:

        **GORDON REES SCULLY MANSUKHANI, LLP**

        /s/ Mark A. Nickel
        Mark A. Nickel
        Tyler J. Moss

        *Attorneys for Defendants Greenfield Environmental Trust Group, Inc., and Greenfield Environmental Multistate Trust LLC, in its capacity as Trustee of the Multistate Environmental Response Trust*

        Approved as to form by:

        **ARENT FOX LLP**

        /s/ Nicholas J. Nesgos[1]
        Nicholas J. Nesgos, BBO# 553177
        Lauren C. Schaefer, BBO# 696628
        ARENT FOX LLP
        Prudential Tower
        800 Boylston Street, 32rd Floor
        Boston, MA 02199-8004
        (617) 973-6100
        Nicholas.nesgos@arentfox.com
        Lauren.schaefer@arentfox.com

        David Bayles, UBN# 8147
        ARENT FOX LLP
        Gas Company Tower
        555 West Fifth Street, 48th Floor
        Los Angeles, CA 90013
        (213) 629-7406
        David.bayles@arentfox.com

        *Attorneys for Defendant Cynthia Brooks*
        *(with permission to file on his behalf)*

        Approved as to form by:

        **PARR BROWN GEE & LOVELESS, P.C.**

---

[1] Mr. Nesgos' Pro Hac Vice application is forthcoming.

        /s/ Rita M. Cornish
Jonathan O. Hafen (6096)
Rita M. Cornish (11293)
101 South 200 East, Suite 700
Salt Lake City, Utah 8411
(801) 532-7840
jhafen@parrbrown.com
rcornish@parrbrown.com

*Attorneys for Plaintiff Marc Weinreich*
*(with permission to file on her behalf)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2019, a copy of the foregoing **STIPULATION RE: DEFENDANTS' DEADLINE TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

/s/ Tyler J. Moss
Tyler J. Moss
