# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| MARC WEINREICH, an individual,<br><br>                   Plaintiff,<br>v.<br><br>CYNTHIA BROOKS, an individual, GREENFIELD ENVIRONMENTAL TRUST GROUP, INC., a Massachusetts corporation; GREENFIELD ENVIRONMENTAL MULTISTATE TRUST LLC, a Delaware limited liability company, in its capacity as Trustee of the MULTISTATE ENVIRONMENTAL RESPONSE TRUST, a New York trust,<br><br>                   Defendants. | **ORDER GRANTING STIPULATION RE: DEFENDANTS' DEADLINE TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Case No. 2:19-cv-00953 PMW<br><br>Judge Paul M. Warner |

Pursuant to Fed. R. Civ. P. 6(b) and DUCiv 83-6, and for good cause, the Court hereby grants the parties' stipulation to allow the Defendants until February 3, 2020 to file an answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

DATED this 5th day of December, 2019.

                                              BY THE COURT:

                                              _____
                                              PAUL M. WARNER
                                              Chief United States Magistrate Judge